In the Matter of SEANN PATRICK RILEY, on Behalf of PAUL GERMAIN, Appellant, v RALPH FABRIZIO et al., Respondents.

Submitted January 26, 2009; decided March 31, 2009

Motion to vacate this Court's January 5, 2009 order dismissing the appeal for failure to prosecute granted, and appeal reinstated [see 11 NY3d 921 (2009)]. On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved.

Chief Judge LIPPMAN taking no part.

In the Matter of JULIUS R. RUGGIERE et al., Appellants, v MICHAEL BLOOMBERG et al., Respondents.

Submitted March 9, 2009; decided March 31, 2009

Motion for reargument of motion for leave to appeal denied [see 11 NY3d 716 (2009)].

Chief Judge LIPPMAN taking no part.

HOWARD RUKEYSER, Appellant, v LEACROFT RICHARDSON, Respondent, et al., Defendant.

Submitted February 2, 2009; decided March 31, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.